UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ruben Ruvalcaba Juarez,<br><br>             Petitioner<br><br>v.<br><br>Department of Homeland Security,<br><br>             Respondent | Case No. 2:26-cv-01211-CDS-BNW<br><br>**Order Granting Petitioner's Unopposed<br>Motion to Extend Time**<br><br><br>[ECF No. 6] |

Petitioner Ruben Ruvalcaba Juarez's counsel moves to extend the deadline to file an amended petition for writ of habeas corpus by ten days. Mot., ECF No. 6. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay. In addition, the petitioner's counsel represents that the respondent's counsel does not oppose the extension.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 6] is GRANTED** nunc pro tunc. The amended petition is due by May 22, 2026.

Dated: May 18, 2026

_____
Cristina D. Silva
United States District Judge