UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ruben Ruvalcaba Juarez,

             Petitioner

v.

Todd Blanche, et al.,

             Respondents

Case No. 2:26-cv-01211-CDS-BNW

**Order Granting Petitioner's
Unopposed Motion to Extend Time**

[ECF No. 15]

Petitioner Ruben Ruvalcaba Juarez's counsel seeks a seven-day extension of time to file a reply because additional time is needed to coordinate a consultation with the petitioner and arrange an interpreter. Mot., ECF No. 15. Counsel further represents that the respondents do not oppose the requested extension. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the extension of time.

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 15] is GRANTED** nunc pro tunc. The petitioner must file his reply by June 17, 2026.

Dated: June 15, 2026

_____
Cristina D. Silva
United States District Judge