UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ruben Ruvalcaba Juarez, | Case No. 2:26-cv-01211-CDS-BNW |
| Petitioner | **Order Granting the Petitioner's Unopposed Motion to Modify Transfer Order** |
| v. | |
| Todd Blanche, et al., | [ECF No. 18] |
| Respondents | |

On April 21, 2026, this court issued a service order precluding the respondents from removing petitioner Ruben Ruvalcaba Juarez from this district "with the exception of effectuating the petitioner's lawful deportation, until further order of the Court." ECF No. 3 at 2. Since then, an immigration judge has granted the petitioner's request for voluntary departure, and the petitioner has asked this court to modify its April 21st order to help facilitate his departure. *See* Unopp. mot., ECF No. 18 at 2. The respondents do not oppose the modification. *See id.*

IT IS THEREFORE ORDERED that the petitioner's unopposed motion to modify the transfer order **[ECF No. 18] is granted.** The respondents are hereby permitted to transfer the petitioner outside of this district for the purpose of effectuating his voluntary departure.

IT IS FURTHER ORDERED that the respondents must file a status report within 15 days advising if and when the petitioner was removed.

Dated: July 9, 2026

_____
Cristina D. Silva
United States District Judge