UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ruben Ruvalcaba Juarez,<br>Plaintiff<br>v.<br>Markwayne Mulling, et al.,<br>Defendants | Case No. 2:26-cv-01211-CDS-BNW<br>**Order Denying as Moot the Petitioner's Habeas Writ and Closing Case** |

Petitioner Ruben Ruvalcaba Juarez is a federal immigration detainee proceeding with a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. On July 9, 2026, I granted the petitioner's unopposed motion to modify the transfer order thereby permitting the respondents to transfer Ruvalcaba Juarez outside of this district for the purpose of effectuating his voluntary departure. ECF No. 19. On July 24, 2026, the respondents filed a notice of effectuating Ruvalcaba Juarez's voluntary departure. ECF No. 20. Based on a review of respondents' exhibit attached to its notice, the petitioner voluntarily departed the United States in accordance with his voluntary departure grant. *See* Notice, ECF No. 20; Form I-210, Resp'ts' Ex. A, ECF No. 20-1. The petitioner's removal moots his pending challenge to his immigration detention. *See Abdala v. INS*, 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness of the deportation order . . . [h]is petition was . . . moot by his removal"). As such, Ruvalcaba Juarez's amended petition for writ of habeas corpus **[ECF No. 9] is denied as moot**. The clerk of court is kindly directed to close this case.

Dated: July 31, 2026

_______________________
Cristina D. Silva
United States District Judge